**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: | Case No.: DK 18-00695 |
| | Chapter 13 |
| RANDOLPH M. JOHNSON | Hon. Scott W. Dales |
| | Filed: February 23, 2018 |
| _____Debtor._____// | |

### ORDER CONFIRMING DEBTOR'S CHAPTER 13 PLAN AND AWARDING ATTORNEY'S FEES

At a session of said Court held in the City of Kalamazoo, County of Kalamazoo, State of Michigan:

PRESENT:    HONORABLE SCOTT W. DALES
            BANKRUPTCY JUDGE

On June 8, 2018, the Court held a hearing in Kalamazoo, Michigan, to consider confirmation of a Chapter 13 Plan. At the hearing, the Chapter 13 Trustee, through counsel, recommended confirmation of the Debtor's Chapter 13 Plan, subject to the addition of language agreed upon by Debtor raising the dividend to 100%.

Having duly considered the Trustee's recommendation, the agreement of the parties, and the Plan itself as last amended, the Court hereby finds that the Plan complies with the requirements for confirmation pursuant to 11 U.S.C. Section 1325(a) and further complies with other applicable provisions of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that the Debtor's Chapter 13 Plan as last amended, if at all, is **CONFIRMED**.

**IT IS FURTHER ORDERED** that the allowed claims of general unsecured creditors shall be satisfied by payment of a dividend of 100%.

**IT IS FURTHER ORDERED** that Debtor's attorney, Morris B. Lefkowitz, is awarded fees of $3,200.00.

**IT IS FURTHER ORDERED** that the Trustee shall be paid through the Plan the percentage fee for payment of his/her costs, expenses and compensation as may be provided from time to time by the U.S. Trustee.

**IT IS FURTHER ORDERED** that Creditors whose claims are timely filed and allowed shall be paid in such amounts and order of preference as may be provided by the Plan or as may be required to provide adequate protection to any secured creditor(s).

**IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Order by first-class United States mail upon: Debtor, Morris B. Lefkowitz, Chapter 13 Trustee, and the Office of the United States Trustee.

Approved for entry:


/s/ Morris B. Lefkowitz via electronic consent
Morris B. Lefkowitz
Attorney for Debtor

/s/ Kurt A. Steinke
Kurt A. Steinke, Staff Attorney
Barbara P. Foley, Chapter 13 Trustee


### END OF ORDER

**IT IS SO ORDERED.**

Dated June 12, 2018



_____
Scott W. Dales
United States Bankruptcy Judge